1 SIDNEY J. COHEN, ESQ., State Bar No. 39023
  SIDNEY J. COHEN PROFESSIONAL CORPORATION
2 427 Grand Avenue
  Oakland, CA 94610
3 Telephone: (510) 893-6682

4 Attorneys for Plaintiff
  CAROLYN MARTIN

6            UNITED STATES DISTRICT COURT

7            NORTHERN DISTRICT OF CALIFORNIA

9 CAROLYN MARTIN                    CASE NO. C 05-04649 JL
                                    <u>Civil Rights</u>
       Plaintiff,

  v.

  JOHN M. AND NANCY L. DONKONICS    **STIPULATION AND** [PROPOSED]
12 REVOCABLE TRUST; THE EMBERS,     **ORDER TO PERMIT PLAINTIFF TO**
   INC; SHAHLA AZAD; ALI HEJAZLAN;  **AMEND THE COMPLAINT**
13 and DOES 1-25, Inclusive,
                                              (FRCP 15)
14     Defendants.
   _____/

Stipulation to Permit Plaintiff to Amend Complaint

# **STIPULATION**

The parties to this action, acting by and through counsel, hereby stipulate to the filing by Plaintiff of a Second Amended Complaint to name Sawhnee Properties, LP as an additional named defendant and to allege facts that have been discovered subsequent to the filing of the first amended complaint.

This Stipulation may be signed in counterparts, and facsimile signatures shall be as valid and binding as original signatures.

Dated: 3/31/06

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen
_____
Sidney J. Cohen
Attorneys for Plaintiff

Dated: 3/31/06

ALLMAN & NIELSEN

/s/ Sara B. Allman
_____
Sara B. Allman
Attorneys for Defendants Shalah Azad,
Ali Hejazian, and The Embers, Inc.

Dated: 4/10/06

WATSON, HOFFE & HASS

/s/ Peter A. Hass
_____
Peter A. Hass
Attorneys for Defendant John M. Don
Konics and Nancy L. Don Konics, Trustees
of the John M. and Nancy L. Don Konics
Revocable Trust, erroneously sued as John
M. And Nancy L Donkonics Revocable
Trust

**ORDER**

Pursuant to the foregoing Stipulation, it is so ordered.

Dated: April 11, 2006

IT IS SO ORDERED
Judge James Larson

James _____
United _____

Stipulation to Permit Plaintiff to Amend Complaint                -1-