SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
CAROLYN MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MARTIN<br><br>Plaintiff,<br><br>v.<br><br>JOHN M. AND NANCY L. DONKONICS REVOCABLE TRUST; THE EMBERS, INC; SHAHLA AZAD; ALI HEJAZLAN; SAWHNEE PROPERTIES, LP and DOES 1-25, Inclusive,<br><br>Defendants.<br>_____/ | CASE NO. C 05-04649 JL<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>FRCP 41 (a) (1) (ii). |

Plaintiff Carolyn Martin and defendants John M. And Nancy L. Donkonics Revocable Trust, The Embers, Inc., Shahla Azad, Ali Hejazlan, and Sawhnee Properties, LP, by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41 (a) (1) (ii).

Plaintiff filed this lawsuit on November 15, 2005.

Plaintiff and defendants have entered into a "Mutual Release And Settlement Agreement" which settles all aspects of the lawsuit against all defendants. The "Mutual Release And Settlement Agreement" is incorporated by reference herein as if set forth in full. Plaintiff and defendants stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

Plaintiff moves to dismiss with prejudice the lawsuit against defendants.

Defendants, who have answered the complaint, agree to the dismissal with prejudice.

Stipulation And Order For Dismissal

1  This case is not a class action, and no receiver has been appointed.

2  This Stipulation and Order may be signed in counterparts, and facsimile signatures shall
3  be as valid and binding as original signatures.

4  Wherefore, plaintiff and defendants, by and through their attorneys of record, so
5  stipulate.

6  Date: August 8, 2006                SIDNEY J. COHEN
7                                      PROFESSIONAL CORPORATION

8                                      _____
                                        Sidney J. Cohen, Esq.
9                                       Attorney for Plaintiff

10 Date: 8-10-06                        ALLMAN & NEILSEN, P.C.

11
12                                      _____
                                        Sarah B. Allman, Esq.
                                        Attorney for Defendants The Embers, Inc.,
13                                      Shahla Azad, And Ali Hejazlan

14 Date:                                BURESH, KAPLAN, JANG, & FELLER
15

16                                      _____
                                        Peggy Chang, Esq.
17                                      Attorney for Defendants John M. And
                                        Nancy L. Donkonics Revocable Trust and
18                                      Sawhnee Properties, LP

19
   PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:
20
   The lawsuit against defendants is dismissed with prejudice. The Court shall retain
21
   jurisdiction to enforce the "Mutual Release And Settlement Agreement."
22
23 Date: 9/7/06

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Stipulation And Order For Dismissal          -1-

1     This case is not a class action, and no receiver has been appointed.

2     This Stipulation and Order may be signed in counterparts, and facsimile signatures shall
3 be as valid and binding as original signatures.

4     Wherefore, plaintiff and defendants, by and through their attorneys of record, so
5 stipulate.

6 Date: August 8, 2006     SIDNEY J. COHEN
    PROFESSIONAL CORPORATION

    _____
    Sidney J. Cohen, Esq.
    Attorney for Plaintiff

10 Date:     ALLMAN & NEILSEN

    _____
    Sarah B. Allman, Esq.
    Attorney for Defendants The Embers, Inc.,
    Shahla Azad, And Ali Hejazlan

15 Date: August 21, 2006     BURESH, KAPLAN, JANG, & FELLER

    _____
    Peggy Chang, Esq.
    Attorney for Defendants John M. And
    Nancy L. Donkonics Revocable Trust and
    Sawhnee Properties, LP

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The lawsuit against defendants is dismissed with prejudice. The Court shall retain jurisdiction to enforce the "Mutual Release And Settlement Agreement."

Date:     _____
    James Larson
    United States Magistrate Judge